548 A.2d 546

**BABCOCK & WILCOX and Insurance Company of North America, Appellants,**

**v.**

**WORKMEN'S COMPENSATION APPEAL BOARD (Oliver H. MOORE at No. 11; William D. Cleary at No. 12; Stanley L. Phillips at No. 13; and Malcum Barrow at No. 14).**

**BABCOCK & WILCOX and Pacific Employers Insurance Company, Appellants,**

**v.**

**WORKMEN'S COMPENSATION APPEAL BOARD (Norman L. OLIVFR).**

Supreme Court of Pennsylvania.

Argued Sept. 27, 1988.

Decided Oct. 20, 1988.

348

■■■■■■■■■■■■

■■■■■■■■■■■■

■■■■■■■■■■■■

Raymond F. Keisling, Will, Keisling, Ganassi & McCloskey, Carnegie, for appellants.

LeRoy S. Zimmerman, Atty. Gen., Samuel S. Blaufeld, Pamela M. Schiller, Norman R. Haigh, Secretary, W.C.A.B., Harrisburg, for appellees.

Richard W. Rosenblitt, Galfand, Berger, Lurie & March, Philadelphia, amicus curiae, for Pennsylvania AFL–CIO.

Edwin H. Beachler, Pennsylvania, Trial Lawyers Assn., William Caroselli, Pittsburgh.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and STOUT, JJ.

## ORDER

PER CURIAM:

Appeals dismissed as having been improvidently granted.